UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

DANIEL R. & LAURA L. MARTIN,    Case No. 16-20252

                 Chapter 13 Proceeding
_____/  Honorable Daniel S. Opperman

**DEBTORS' MOTION TO SELL REAL PROPERTY
FREE AND CLEAR OF LIENS AND INTERESTS WITH LIENS AND
INTERESTS TO FOLLOW PROCEEDS AND TO PAY ADDITIONAL
ATTORNEY FEES AND EXPENSES ASSOCIATED WITH SALE**

  NOW COME Daniel Martin and Laura Martin, Chapter 13 debtors, by their attorney, Randall L. Frank, and files this motion seeking authority to sell real property free and clear of liens and interests with liens and interests to follow proceeds and to pay additional attorney fees and expenses, stating as follows:

(1) This Chapter 13 bankruptcy was filed on February 18, 2016, and the debtors had their original Chapter 13 Plan confirmed on August 26, 2016.

(2) Debtors have defaulted in making payments under the original Chapter 13 Plan due to less income then the debtor, Daniel Martin, anticipated in collecting, and as a result of that default, the Chapter 13 Trustee's office has filed a Motion to Dismiss.

(3) In response to the Motion to Dismiss, the debtors filed their Post-Confirmation Chapter 13 Modification #1 Plan on September 6, 2017, providing that the debtors would cure the defaults in the originally confirmed Chapter 13 Plan by using all of the proceeds from the sale of real property which was exempted by the debtors to fund the Chapter 13 bankruptcy.

(4) In the Plan filed on August 26, 2016, the debtors stated that they have agreed to reduce the sale price listed with the Broker in order to accelerate the sale of said real property.

(5) As a result of reducing the sale price, the debtors have been able to execute a Purchase Agreement for sale of the real property for the total sale price of $62,000 with a net return estimated to be paid to the Trustee of a sum of approximately $54,000.

(6) The real property to be sold is described as:

Township of Chesaning, County of Saginaw, State of Michigan:
Part of the Northwest 1/4 of Section 8, Township 9 North, Range 3 East, described as beginning at a point that is North 00°43'30" East on the West line of said Section 8 a distance of 528.00 feet from the West 1/4 corner of said Section 8; thence continuing North 00°43'30" East 394.55 feet; thence South 89°47'56" East 1554.91 feet; thence South 00°55'46" West 399.56 feet; thence North 89°36'54" West

1553.44 feet to the point of beginning. Subject to the use of the Westerly 33.00 feet thereof as Frandsche Road. Parcel ID No. 13-09-3-08-1001-007, consisting of approximately 14.1 vacant acres. Commonly known as: 15381 Frandsche Rd., Chesaning, Michigan.

(7) The purchaser of the real property is Diane Thiers, a married woman, with said sale having been negotiated by Re/Max TriCounty of Chesaning, Michigan.

(8) At the time of closing, all outstanding real property taxes in an approximate amount of $1,651 will be paid.

(9) Based on amended proofs of claim, the United States of America, acting through the IRS, has a claim secured by the real property to be sold in the amount of $1,812.62, based on their amended claim and the State of Michigan, acting through the Department of Treasury, has a claim secured by the real property to be sold in the amount of $2,086.05.

(10) The sale proposed herein will be free and clear of the liens of the IRS and the State of Michigan, Department of Treasury, with their liens to follow the proceeds of sale; all net funds derived from the sale will be turned over to the Chapter 13 Trustee who will then use those proceeds to pay in full the liens owed to the IRS and State of Michigan, acting through the Department of Treasury.

(11) Debtors' counsel has for the previous year been counseling on behalf of the debtors in relation to the sale of this real property, and through those negotiations, has incurred four hours of time at the rate of $350 an hour totaling $1,550 of additional attorney fees; also, the attorney for debtors has advanced the sum of $265 to pay the fee for a sale motion of this kind and mailing costs for which the attorney seeks reimbursement.

(12) As this real property has been listed for sale for more than two years through a reputable real estate brokerage firm, the debtors assert that this sale is fair and reasonable.

(13) This sale motion is brought pursuant to 11 USC §363(f)

WHEREFORE, Daniel R. Martin and Laura Martin, Chapter 13 Debtors, pray for an order authorizing the sale of real property free and clear of liens and interests with liens and interests to follow proceeds and to pay additional attorney fees and expenses and for whatever other and further relief the Court may deem just and equitable.

DATED: September 12, 2017 /s/ Randall L. Frank

_____
Randall L. Frank (P33189)
Attorney for Debtors
P.O. Box 2220
Bay City, MI 48707-2220
(989) 893-2461
randall.frank@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

DANIEL R. & LAURA L. MARTIN,   Case No. 16-20252

                                                 Chapter 13 Proceeding
_____/   Honorable Daniel S. Opperman

**ORDER AUTHORIZING SALE OF REAL PROPERTY
FREE AND CLEAR OF LIENS AND INTERESTS WITH LIENS AND
INTERESTS TO FOLLOW PROCEEDS AND TO PAY ADDITIONAL
<u>ATTORNEY FEES AND EXPENSES</u>**

      This matter having come on pursuant to a motion filed by debtors, which motion was served on all parties in interest and no entity having objected, and the Court being otherwise advised in the premises:

      IT IS ORDERED that Daniel Martin and Laura Martin, Chapter 13 debtors, may sell a parcel of real property to Diane Thiers, a married woman for the total sale price of $62,000, which real property is described as:

Township of Chesaning, County of Saginaw, State of Michigan:

> Part of the Northwest 1/4 of Section 8, Township 9 North, Range 3 East, described as beginning at a point that is North 00°43'30" East on the West line of said Section 8 a distance of 528.00 feet from the West 1/4 corner of said Section 8; thence continuing North 00°43'30" East 394.55 feet; thence South 89°47'56" East 1554.91 feet; thence South 00°55'46" West 399.56 feet; thence North 89°36'54" West 1553.44 feet to the point of beginning. Subject to the use of the Westerly 33.00 feet thereof as Frandsche Road. Parcel ID No. 13-09-3-08-1001-007, consisting of approximately 14.1 vacant acres. Commonly known as: 15381 Frandsche Rd., Chesaning, Michigan.

      IT IS FURTHER ORDERED that at the time of closing, the debtors may pay usual and ordinary closing costs, including outstanding real property taxes, title insurance, tax prorations, title closing fees, disclosure fees, transfer tax and deed stamps, and real estate broker commissions.

      IT IS FURTHER ORDERED that the sale is free and clear of all liens and interests with liens and interests to follow proceeds, and in particular, the sale is free and clear of the liens of the United States of America, acting through the Internal Revenue Service, and the State of Michigan, acting through the Department of Treasury, as the Chapter 13 Trustee will pay forthwith those liens in full upon receipt of the proceeds of the sale of this real property.

IT IS FURTHER ORDERED that attorney fees in the amount of $1,550 are hereby approved for time expended by the attorney for debtors and reimbursement of the sum of $265 for advancing the motion fee for sale of real property.